IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00868-BNB

ERIC HOUSTON,

    Plaintiff,

v.

WARDEN CHARLES DANIELS, Participation,
CAPTAIN HUTCHINGS, Participation,
RICHARD W. SCHOTT, Participation, and
COUNSELOR A. CHURCH, Participation,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 17 2011

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Eric Houston, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary-Hazelton in Bruceton Mills, West Virginia. Mr. Houston initiated this instant action by filing *pro se* a complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331, and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On April 8, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Houston to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The April 8 order pointed out that Mr. Houston failed to submit either the $350.00 filing fee or a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. The April 8 order also pointed out that the complaint was missing an original signature. The April 8 order warned Mr. Houston that, if he

failed to cure the designated deficiencies as directed within thirty days, the complaint and the action would be dismissed without further notice.

On April 29, 2011, Mr. Houston submitted an amended complaint with an original signature and a document titled "Inmate Account Record Profile" on which he alleged that prison officials had refused to provide him with a certified copy of his trust fund account statement. However, he failed to provide any written documentation to support these allegations. On May 17, 2011, Magistrate Judge Boland entered a minute order allowing Mr. Houston twenty days in which to submit a certified copy of his trust fund account statement or show cause why he was unable to do so, including to submit written documentation of any denial by a prison official of his request for a certified trust fund account statement. The May 17 minute order warned Mr. Houston that, if he failed within the time allowed either to cure all the deficiencies designated in the April 8 order, or to show cause why he was unable to do so, the action would be dismissed without further notice.

On June 1 and 6, 2011, Mr. Houston filed two letters. On June 6, he also filed a motion for an injunction or temporary restraining order. In the middle of the motion for an injunction or temporary restraining order is an uncertified copy of Mr. Houston's trust fund account statement. However Mr. Houston has failed to submit written documentation of any denial by a prison official of his request for a certified trust fund account statement as directed in the May 17 minute order.

Mr. Houston has failed within the time allowed to cure all the deficiencies designated in the April 8 order to cure, or to comply with the directives of the May 17 minute order.

Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Eric Houston, to cure the deficiencies designated in the order to cure of April 8, 2011, and the minute order of May 17, 2011, within the time allowed.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this __17th__ day of ____June_____, 2011.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00868-BNB

Eric Houston
Reg. No. 16891-074
USP - Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on June 17, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk